Opinion filed December 10, 2009 











 
 
  
 
 







 
 
  
 
 




Opinion filed December 10,
2009 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-09-00320-CV

                                                    __________

 

                      IN THE INTEREST OF T.M. AND C.F., CHILDREN

 



 

                                         On
Appeal from the 358th District Court

 

                                                           Ector
County, Texas

 

                                               Trial
Court Cause No. D-2788-PC

 



 

                                             M
E M O R A N D U M   O P I N I O N

Appellant
has filed in this court a motion to dismiss her appeal.  In her motion, she
states that she no longer wishes to pursue the appeal.

The
motion is granted, and the appeal is dismissed.

 

PER CURIAM

 

December 10,
2009

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.